**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

| | |
|---|---|
| **JULIANA CAROLINE PIRES,**<br>**Petitioner,**<br><br>**v.**<br><br>**MARKWAYNE MULLIN, et al.,**<br>**Respondents.** | **CASE NO. 2:26-CV-370-KKC**<br><br>**JUDGMENT** |

*** *** ***

In accordance with the Opinion and Order entered on this date, the Court hereby **ORDERS** and **ADJUDGES**:

1) Juliana Caroline Pires' Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (R. 1.) is **DENIED**;

2) This matter is **STRICKEN** from the Court's active docket; and

3) This Judgment is **FINAL AND APPEALABLE**.

This 12th day of November, 2026.

**Signed By:**
***Karen K. Caldwell*** KKC
**United States District Judge**